UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GEORGES JORISCH, an individual,

                          Plaintiff,        Civil Action No.:  07 Civ. 9428
                                           (DC)(DFE)

     v.

LEONARD LAUDER, an individual,        **AFFIDAVIT OF SERVICE**

                        Defendant.

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

       Gloria Vargas, being duly sworn, deposes and says:

       1.     I am employed by Supreme System, Inc., and over the age of eighteen years of age and not a party to this action.

       2.     On October 23, 2007, I served a true copy of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT; and the INDIVIDUAL RULES FOR JUSTICE DENISE COTE and MAGISTRATE DOUGLAS F. EATON,  upon the following party Andrew Frackman, Esq. of O'Melveny & Myer LLP, Times Square Tower, 7 Times Square, New York, New York 10036 as counsel to Leonard Lauder, has agreed to accept service of the above documents.

                                          _Gloria Vargas_
                                          Gloria Vargas

Sworn to before me this
25ᵗʰ day of October, 2007

_Suzanne Chalpin Alenick_
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31.4920942
Qualified in New York County
Commission Expires 11/15/2008