SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Georges Jorisch,       Plaintiff,

- against -

Leonard Lauder,        Defendant.

07 cv 9428 (DC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel D. Edelman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: E. Randol Schoenberg
Firm Name: Burris & Schoenberg, LLP
Address: 12121 Wilshire Blvd., Ste. 800
City/State/Zip: Los Angeles, CA 90025
Phone Number: (310) 442-5559
Fax Number: (310) 442-0353

E. Randol Schoenberg is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against E. Randol Schoenberg in any State or Federal court.

Dated: 10/25/2007
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar: Daniel D. Edelman / DE-4700
Firm Name: Heller Ehrman LLP
Address: 7 Times Square
City/State/Zip: New York, NY 10036
Phone Number: (212) 832-8300
Fax Number: (212) 763-7600

SDNY Form Web 10/2006



## Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### E. RANDOL SCHOENBERG

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that E. RANDOL SCHOENBERG was on the 16TH day of DECEMBER 1991, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 19th day of OCTOBER, 2007.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

Daniel D. Edelman (DE-4700)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
GEORGES JORISCH, an individual,        :   Civil Action No.:
                                       :       07 Civ. 9428 (DC)
                    Plaintiff,         :
                                       :   **AFFIDAVIT OF DANIEL D.**
     v.                                :   **EDELMAN IN SUPPORT OF**
                                       :   **MOTION TO ADMIT**
LEONARD LAUDER, an individual,         :   **COUNSEL PRO HAC VICE**
                                       :
                    Defendant.         :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Daniel D. Edelman, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder at Heller Ehrman LLP counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's

motion to admit E. Randol Schoenberg as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known E. Randol Schoenberg since 1984.

4. E. Randol Schoenberg is a partner at Burris & Schoenberg, LLP, in Los Angeles, California.

5. I have found Mr. Schoenberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of E. Randol Schoenberg, pro hac vice.

7. I respectfully submit a proposed order granting the admission of E. Randol Schoenberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit E. Randol Schoenberg, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

HELLER EHRMAN LLP

By: _____
Daniel D. Edelman (DE-4700)
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
Daniel.Edelman@hellerehrman.com

*Attorneys for Plaintiff Georges Jorisch*

Sworn to before me this
25th day of October, 2007

_____
Notary Pubic

NY 768889 v1
10/25/07 3:05 PM (00796.0001)

3

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Georges Jorisch,                                    Plaintiff,

                                                                            07 cv 9428       (DC )

              - against -

Leonard Lauder,                                    Defendant.        **ORDER FOR ADMISSION**
                                                                                     **PRO HAC VICE**
                                                                                     **ON WRITTEN MOTION**

Upon the motion of  Daniel D. Edelman   attorney for  Georges Jorisch

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | E. Randol Schoenberg |
| Firm Name: | Burris & Schoenberg, LLP |
| Address: | 12121 Wilshire Blvd., Ste. 800 |
| City/State/Zip: | Los Angeles, CA 90025 |
| Telephone/Fax: | (310) 442-5559 |
| Email Address: | randols@bslaw.net |

is admitted to practice pro hac vice as counsel for  Georges Jorisch  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  10/25/2007
City, State:  New York, NY

                                                                    _____
                                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GEORGES JORISCH, an individual,

                           Plaintiff,      Civil Action No.: 07 Civ. 9428
                                           (DC) (DFE)

   v.

LEONARD LAUDER, an individual,

                           Defendant.

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK   )

     Richard Rodriguez, being duly sworn, deposes and says:

     1.     I am employed by the law firm of Heller Ehrman LLP, and over the age of eighteen years of age and not a party to this action.

     2.     On October 26, 2007, I served a true copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT DANIEL D. EDELMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; and PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION upon the following party by hand:

Attn: Andrew Frackman, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, New York 10036

_____
Richard Rodriguez

Sworn to before me this
26th day of October, 2007

_____
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31-4920942
Qualified in New York County
Commission Expires 11/25/2010