SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Georges Jorisch,         Plaintiff,

                                            07 cv 9428      (DC)

- against -

Leonard Lauder,          Defendant.          ORDER FOR ADMISSION
                                             PRO HAC VICE
                                             ON WRITTEN MOTION

Upon the motion of  Daniel D. Edelman    attorney for  Georges Jorisch

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that



RECEIVED NOV 0 2 2007 JUDGE CHIN'S CHAMBERS

RECEIVED NOV 0 6 2007 JUDGE CHIN'S CHAMBERS

| | |
|---|---|
| Applicant's Name: | E. Randol Schoenberg |
| Firm Name: | Burris & Schoenberg, LLP |
| Address: | 12121 Wilshire Blvd., Ste. 800 |
| City/State/Zip: | Los Angeles, CA 90025 |
| Telephone/Fax: | (310) 442-5559 |
| Email Address: | randols@bslaw.net |

is admitted to practice pro hac vice as counsel for  Georges Jorisch  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  ~~10/25/2007~~  11/8/07
City, State:  New York, NY

_____
United States District/Magistrate Judge

NY
MENT
RONICALLY
#: _____
E FILED: 11/8/07

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006