however, had been confiscated by the Nazi authorities from the Lasus-Danilowatz family, to whom it was returned by the Austrian Gallery in 2001.

28. The painting *Fruit Trees (1901) (W149)* has a meadow but is dominated by the trees. The painting had been owned by Sonia Knips before WWII.

29. The painting *Farm Garden (1907) (W183)* is a bit too flowery to be called a meadow. In any case, it was purchased in 1910 by the Narodni Galerie in Prague, Czech Republic.

30. The painting *Farm Garden with Sunflowers (1908) (W190)* again is too flowery to be called a meadow. It had been owned by Henriette Wittgenstein and sold to the Austrian Gallery in 1939.

31. The painting *Roses under Trees (1904) (W175)*, although part of the Zuckerkandl family collection, is similarly dominated by a large tree and three rose bushes, and had never been referred to as simply a "blooming meadow." The painting was apparently purchased by Philip Häusler from Amalie Redlich's niece, Nora Stiasny (the daughter of Otto and Amalie) who was deported with her mother to Theresienstadt and murdered at Auschwitz. Although the painting's provenance is problematic, *Roses under Trees*, presently in the Musée d'Orsay in Paris, France, does not appear to have been in the possession of Amalie Redlich.

32. Other paintings dominated by flowery gardens, such as *Orchard with Roses (1912) (W211)* or *Italian Garden Landscape (1913) (W215)*, also were not technically

8

"meadow" paintings and had established provenances that excluded them from consideration.

33. The only painting that matched the description and was without an established pre-WWII provenance was *Blooming Meadow (1904/05) (W176)*. But up until that time, the identity of the owner of the painting had never been publicly revealed in the Klimt literature.

34. Using the Internet, on May 30, 2003, Jorisch's lawyer Schoenberg found information from the website of the Canadian parliament that stated that Lauder had loaned Klimt's *Blooming Meadow (1904/05) (W176)* for the 2001 exhibition at the National Gallery in Ottawa, Canada. The museum had applied to the parliament for immunity from seizure for the loaned paintings and had disclosed in its application Lauder's name.

35. In June 2003, Schoenberg contacted Lauder and requested provenance information concerning the *Blooming Meadow* painting in his possession. Thereafter, Schoenberg shared documents and information with Lauder's counsel in an attempt to determine the correct provenance of the painting.

36. At the time that Jorisch discovered that Lauder was in possession of the *Blooming Meadow (1904/05) (W176)* very little was known about the provenance of Lauder's painting. However, over the next several years, Jorisch was able to piece together documentation concerning the Painting that established conclusively that it was the painting owned by Jorisch's grandmother, Amalie Redlich.

9

EVIDENCE

37. Because the painting *Blooming Meadow (1904/05) (W176)* has no distinguishing features – it depicts a grassy field with flowers and several trees – it was not possible for Jorisch to make a positive identification of it as the painting he had last seen in his home in 1939, when he was just ten years old. Indeed, as described above, Klimt painted a number of scenes similar to the *Blooming Meadow*. Without knowing more, Jorisch could not be certain that Lauder's painting was the one taken from Amalie.

38. However, by obtaining further provenance information about the *Blooming Meadow* in Lauder's possession and several other similar paintings, it became possible to identify Lauder's *Blooming Meadow* as the one once owned by Amalie.

39. The Zuckerkandl family owned a large number of works by Gustav Klimt. The connection to Klimt was probably first made by Emil Zuckerkandl's wife Bertha (Jorisch's great-aunt), the daughter of an influential newspaper publisher in Vienna and herself an important journalist and advocate for Klimt.

40. The principle collectors were Bertha's in-laws the industrialist Victor Zuckerkandl ("Victor") and his wife Paula. Besides the *Blooming Meadow (1904/05) (W176)*, no fewer than nine other Klimt paintings were purchased by Victor and Paula Zuckerkandl: *Pallas Athena (1898) (W127)*; *Roses under Trees (1904) (W175)*; *Poppy Field (1907) (W182)*; *Portrait of Paula Zuckerkandl (1912) (W209)*; *Avenue in Schloss Kammer Park (1912) (W212)*; *Malcesine on Lake Garda (1913) (W216)*; *Church in Cassone (1913) (W217)*; *Forester's House in Weissenbach (1914) (W220)*; *Litzlberg on*

the Attersee (1914) (W221). In addition, Otto Zuckerkandl's wife Amalie née Schlesinger sat for her own portrait by Klimt, which was left unfinished at his death in 1918, *Portrait of Amalie Zuckerkandl (1917) (W250)*. The painting *Apple Tree II (1916) (W230)* was purchased by Otto and Amalie's son Viktor Zuckerkandl Jr., and later sold to his sister Nora Stiasny.

41. Victor became an important and wealthy steel manufacturer. In Vienna, he also built a sanatorium (hospital) in the suburb of Purkersdorf. The sanatorium was designed by the famed architect Josef Hoffmann, and it was surrounded on the grounds by several villas.

42. In 1916, Victor and Paula moved to Berlin, Germany to manage the steel factories in Gleiwitz, Silesia. That year 400 artworks from his collection were sold at auction, but from Klimt only the *Pallas Athena* was sold. The rest of their art collection, including the Klimts, traveled to Berlin.

43. Reproductions of three paintings were included in a 1918 book published by Hugo Heller and were attributed to Victor's collection – *Roses under Trees (1904) (W175); Malcesine on Lake Garda (1913) (W216); Church in Cassone (1913) (W217)*.

44. Victor and Paula died one after the other in February and May 1927. Having no children, they left their estate to their brothers and sisters and their heirs. A second auction with 223 further artworks took place in Vienna in 1928. Amalie purchased at least one of them, a painting by Waldmüller *The Way to School*. Six Klimt landscapes were to be included, but at the request of the family, the Klimt paintings were

11

withdrawn from the auction and later displayed at an exhibition in the Austrian Gallery. Unfortunately, the six paintings were not described precisely or pictured in any catalogue, so identification of the six Klimts is very difficult.

45. A further inventory of Victor and Paula's artworks dating from around this time describes six Klimt paintings as follows (translated from German):

2 Tempera by G. Klimt: Blooming Vase and Fruit Garden at 10.000 . . . 20.000

4 Oil Paintings by G. Klimt: Landscapes at 14.000 . . .          56.000

(The reference to a blooming "vase" is presumably a typographical error, as the German words for Vase (Vase) and Meadow (Wiese) sound similar. The reference to tempera is also presumably mistaken, as Klimt did not use tempera for works of this type.)

46. The heirs disagreed over how to divide up the paintings left in the estate. Amalie was represented by her son-in-law Louis in the negotiations, which at times were not amicable. (Amalie did not get along with the other heirs.) Only three Klimt paintings are mentioned in the surviving estate files. *Avenue in Schloss Kammer Park (1912) (W212)* was sold to the Austrian Gallery in 1929. With court approval in 1929, Amalie purchased one unidentified landscape, and her sister-in-law Bertha purchased a Lake Garda landscape "with red houses," presumably *Malcesine on Lake Garda (1913) (W216)*.

47. The fate of the rest of the Klimt paintings is not mentioned in the surviving estate files. Nor is it clear how many Klimt paintings were actually left in Victor and

12

Paula's estate, as the inventory and estate files seem incomplete, omitting as they do any mention of the *Portrait of Paula Zuckerkandl*, which is known to have been left in the estate and given to Paula's brother, Richard Freund, in Berlin (from where it was lost during WWII).

48. In 1931, a monograph on Klimt was published that included reproductions of three additional works attributed in the book to the Zuckerkandl collection – *Poppy Field (1907) (W182); Forester's House in Weissenbach (1914) (W220); Litzlberg on the Attersee (1914) (W221)*.

49. Amalie moved into a villa on the Sanatorum Purkersdorf property with Louis, Mathilde and Georg around 1932. The other heirs of Viktor and Paula lived in another villa on the Purkersdorf estate, but the families did not get along well. For a time, Louis managed the Sanatorium. But due to disagreements with the various heirs, he was later replaced.

50. Jorisch remembers two Klimt landscape paintings in his Purkersdorf home as a child. They were left and right of a large window in the living room. His mother described them as views of Lake Garda. One of them (on the right side of the window), *Church in Cassone (1913) (W217)*, he jokingly referred to as the "spinach landscape." He cannot remember any identifying features of the other landscape that sat opposite the *Church in Cassone*. This is of course consistent with the claim that the painting was *Blooming Meadow (1904/05) (W176)*, a painting without any distinguishing characteristics that might be remembered by a ten-year-old boy.