UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEORGES JORISCH, an individual,

                    Plaintiff,          Civil Action No. 07 Civ. 9428
                                                  (JFK) (DFE)

    v.

LEONARD LAUDER, an individual,

                    Defendant.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                  ) ss.:
COUNTY OF NEW YORK  )

    Darryl McFadden, being duly sworn, deposes and says:

    1.    I am employed by the law firm of Heller Ehrman LLP, and over the age of eighteen years of age and not a party to this action.

    2.    On November 6, 2007, I served a true copy of the FIRST AMENDED COMPLAINT upon the following party by hand:

                Attn: Andrew Frackman, Esq.
                O'Melveny & Myers, LLP
                Times Square Tower
                7 Times Square
                New York, New York 10036

                                            _____
                                                 Darryl McFadden

Sworn to before me this
6th day of November, 2007

_Suzanne Chalpin Alenick_
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31-4920942
Qualified in New York County
Commission Expires 1/25/2010