Daniel D. Edelman (DE-4700)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: 212.832.8300
Facsimile: 212.763.7600
E-mail: daniel.edelman@hellerehrman.com

E. Randol Schoenberg
Admitted Pro Hac Vice
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: 310.442.5559
Facsimile: 310.442.0353
E-mail: randols@bslaw.net

*Attorneys for Plaintiff GEORGES JORISCH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGES JORISCH, an individual,<br><br>                                  Plaintiff,<br><br>v.<br><br>LEONARD LAUDER, an individual,<br><br>                                  Defendant. | Civil Action No.: 07-9428 (JFK)<br><br>**NOTICE OF ERRATA TO FIRST AMENDED COMPLAINT**<br>*(filed electronically)* |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in Plaintiff's First Amended Complaint filed November 6, 2007, in paragraph 3 the year "2002" should read "2003," consistent with paragraph 34.

Dated: November 27, 2007  
      New York, NY

Respectfully submitted,

HELLER EHRMAN LLP

By /s/ _____  
Daniel D. Edelman (DE-4700)  
Times Square Tower  
7 Times Square  
New York, NY 10036-6524  
Phone: (212) 832-8300  
Facsimile: (212) 763-7600  
E-mail: daniel.edelman@hellerehrman.com

*Attorneys for Plaintiff Georges Jorisch*

E. Randol Schoenberg (admitted pro hac vice)  
**Burris & Schoenberg, LLP**  
12121 Wilshire Boulevard, Suite 800  
Los Angeles, California 90025-1168  
Tel: (310) 442-5559  
Fax: (310) 442-0353  
eFax: (425) 740-0483  
E-mail: randols@bslaw.net