Daniel D. Edelman (DE-4700)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY  10036-6524
Telephone: 212.832.8300
Facsimile: 212.763.7600
E-mail: daniel.edelman@hellerehrman.com

E. Randol Schoenberg (Cal Bar # 155281)
(Admitted Pro Hac Vice)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, CA  90025
Telephone: 310.442.5559
Facsimile:  310.442.0353
E-mail: randols@bslaw.net

*Attorneys for Plaintiff GEORGES JORISCH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGES JORISCH, an individual,<br><br>                                   Plaintiff,<br><br>v.<br><br>LEONARD LAUDER, an individual,<br><br>                                   Defendant. | Civil Action No.:  07 CV 9428 (JFK)<br><br>**PLAINTIFF GEORGES JORISCH'S NOTICE OF DISMISSAL PURSUANT TO FRCP RULE 41(a)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Georges Jorisch voluntarily dismisses this action against Leonard Lauder without prejudice.

Dated: December 17, 2007
       New York, NY

Respectfully submitted,

HELLER EHRMAN LLP

By _____
Daniel D. Edelman (DE-4700)
Times Square Tower
7 Times Square
New York, NY 10036-6524
Phone: (212) 832-8300
Facsimile: (212) 763-7600
E-mail: daniel.edelman@hellerehrman.com

*Attorneys for Plaintiff Georges Jorisch*

E. Randol Schoenberg (Cal Bar # 155281)
(Admitted Pro Hac Vice)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: 310.442.5559
Facsimile: 310.442.0353
E-mail: randols@bslaw.net