Daniel D. Edelman (DE-4700)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: 212.832.8300
Facsimile: 212.763.7600
E-mail: daniel.edelman@hellerehrman.com



E. Randol Schoenberg (Cal Bar # 155281)
(Admitted Pro Hac Vice)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: 310.442.5559
Facsimile: 310.442.0353
E-mail: randols@bslaw.net

*Attorneys for Plaintiff GEORGES JORISCH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGES JORISCH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LEONARD LAUDER, an individual, <br><br> Defendant. | Civil Action No.: 07 CV 9428 (JFK) <br><br> **PLAINTIFF GEORGES JORISCH'S NOTICE OF DISMISSAL PURSUANT TO FRCP RULE 41(a)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Georges Jorisch voluntarily dismisses this action against Leonard Lauder without prejudice.

Dated: December __, 2007  
       New York, NY

Respectfully submitted,

HELLER EHRMAN LLP

By _____  
Daniel D. Edelman (DE-4700)  
Times Square Tower  
7 Times Square  
New York, NY 10036-6524  
Phone: (212) 832-8300  
Facsimile: (212) 763-7600  
E-mail: daniel.edelman@hellerehrman.com

*Attorneys for Plaintiff Georges Jorisch*

E. Randol Schoenberg (Cal Bar # 155281)  
(Admitted Pro Hac Vice)  
BURRIS & SCHOENBERG, LLP  
12121 Wilshire Boulevard, Suite 800  
Los Angeles, CA 90025  
Telephone: 310.442.5559  
Facsimile: 310.442.0353  
E-mail: randols@bslaw.net

SO ORDERED.

Dated:    New York, New York  
            January 10, 2008.

_John F. Keenan_  
U.S.D.J.

2